UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY KONONOV, | No. 2:21-cv-2076 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

    Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. See ECF Nos. 1, 2. However, the certificate portion of the in forma pauperis request, which must be completed by plaintiff's institution of incarceration, has not been filled out by a jail official. See ECF No. 2 at 2. In addition, plaintiff has not filed a clear certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Finally, the complaint, which, with attachments, is two hundred and twenty-eight pages in length, is unintelligible.

    Plaintiff will be provided the opportunity to submit a properly completed in forma pauperis application and a clear certified copy of his inmate trust account statement in support of his application. He will also be given the opportunity to file a first amended complaint on a new civil rights complaint form. In providing plaintiff with the opportunity to file a first amended

complaint, he is reminded that the complaint should be a "short and plain statement" of the claims, as well as a demand for the relief sought. See Federal Rule of Civil Procedure 8(a)(2)-(3).

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court shall send plaintiff:

1. An Application to Proceed In Forma Pauperis By A Prisoner, and
2. A copy of this court's Civil Rights Complaint By A Prisoner form.

IT IS FURTHER ORDERED that within thirty days of the date of this order, plaintiff shall submit the following:

1. A clear and complete certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint;
2. The in forma pauperis application provided to him by the court. The affidavit section of the form should be completed and signed by a jail official, and
3. A first amended complaint on the civil rights complaint form provided by the court.

Plaintiff's is warned that failure to comply fully with this order within the time allotted will result in a recommendation that this action be dismissed without prejudice.

DATED: December 3, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE