UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY KONONOV, | No. 2:21-cv-2076 JAM AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SACRAMENTO COUNTY, et al., | |
| Defendants. | |

On December 3, 2021, Plaintiff was ordered to file a completed in forma pauperis affidavit, a completed, certified copy of his inmate trust account statement, and a first amended complaint, and he was given thirty days within which to do so.  See ECF No. 5 at 2.  At that time, Plaintiff was cautioned that failure to fully comply with the Court's order would result in a recommendation that this action be dismissed.  See id.  Plaintiff's thirty-day period to file the required documents has expired, and he has not filed them.

On December 13, 2021, the Court's order was returned to it as "undeliverable, RTS, not in custody."  Pursuant to Local Rule 182(f), however, service of documents at the address of record for Plaintiff is fully effective.

It is Plaintiff's responsibility to keep the court apprised of his current address at all times. To date, Plaintiff has not filed a notice of change of address with the Court.  In addition, the

////

1

sixty-three-day period within which to file a notice of change of address has also expired.  See Local Rule 183(b).  For these reasons, the undersigned will recommend that this action be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice for failure to prosecute.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 1, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE