1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VITALY KONONOV,                          No.  2:21-cv-2076 JAM AC P

12              Plaintiff,

13         v.                                  ORDER

14    SACRAMENTO COUNTY, et al.,

15              Defendants.

16

17         On October 11, 2022, plaintiff filed a notice.  ECF No. 10.  This civil rights action was

18    closed on March 30, 2022.  See ECF Nos. 7, 8.  Plaintiff is advised that documents filed by

19    plaintiff since the closing date will be disregarded and no orders will issue in response to future

20    filings.

21    DATED: October 21, 2022

22                                             _____
                                               ALLISON CLAIRE
23                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28